IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADRIANA IRIZARRY,

      Plaintiff,

v.                                                                            No. 2:22-cv-100 KWR/KRS

LEGACY BURGER, LLC, and
BURGER KING CORPORATION,

      Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

THIS MATER is before the Court on the parties' Joint Motion to Extend Deadlines in Scheduling Order (Doc. 30). Having considered the Motion and record of the case, the Court finds that the Motion to Extend Deadlines is well-taken and is GRANTED. The parties' pretrial deadlines are extended as follows:

    Discovery due by:           **March 7, 2023**

    Discovery Motions due by:   **March 28, 2023**

    Dispositive Motions due by:  **April 8, 2023**

                                              _____
                                              KEVIN R. SWEAZEA
                                              UNITED STAGES MAGISTRATE JUDGE